United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 23, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 05-50007
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

EMILIO BUSTOS-RIOS

Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Western District of Texas, Del Rio
----------------------

Before JONES, WIENER, and DeMOSS, Circuit Judges.

PER CURIAM:[1]

IT IS ORDERED that appellee's unopposed motion to vacate sentence is GRANTED.

IT IS FURTHER ORDERED that appellee's unopposed motion to remand case to district court for re-sentencing is GRANTED.

IT IS FURTHER ORDERED that appellee's unopposed alternative motion to extend time to file appellee's brief fourteen (14) days from the Court's denial of appellee's motion to vacate and remand is MOOT.

---

[1]Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.